IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL ARMSTRONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:13-cv-558-MJR-DGW |
| ) | |
| METRO BUS COMPANY and SAMISHIA T. ) | |
| DELAROCHE, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion for Appointment of Counsel and for Extension of Time filed by Plaintiff, Michael Armstrong, on September 3, 2013 (Doc. 9). The Motion is **GRANTED IN PART and DENIED IN PART**.

Plaintiff states that he is incapable of complying with District Judge Michael J. Reagan's instructions to amend his complaint in order clearly set forth this Court's subject matter jurisdiction. Plaintiff further states that the Pro Se Litigant Guide is unhelpful to him and that he requires an attorney. This Court previously found that while Plaintiff did make reasonable attempts to secure counsel without Court intervention, recruitment of counsel would not be considered until a Defendant has made an appearance. In his previous motion for recruitment of counsel, Plaintiff indicated that he has some high school education and that he requires "professional" assistance. From the documents filed in this matter, it is clear that Plaintiff is capable of reading and writing English, that he can articulate his claims, and that he is capable of seeking relief. Plaintiff has asserted one claim: that Defendant was negligent in the operation of a bus that struck and injured him. Such a claim is neither complex nor does it require extensive

discovery (or expert witnesses/testimony).  Notwithstanding his professed inability to comply with Judge Reagan's directions, then, it appears that Plaintiff should be able to litigate this matter without an attorney.

The request for recruitment of counsel is accordingly **DENIED**.  However, Plaintiff is **GRANTED** until **October 29, 2013** to file his Amended Complaint as directed by Judge Reagan in the August 5, 2013 Order (Doc. 7).   Plaintiff is **WARNED** that that the failure to comply with this Order or to file the Amended Pleading by the deadlines may result in the dismissal of this lawsuit for want of prosecution.

**IT IS SO ORDERED.**

**DATED: October 10, 2013**

                                        **DONALD G. WILKERSON**
                                        **United States Magistrate Judge**